TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

CR25-04083 TUC-RCC(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          vs.

Arite Alejandro Sandoval,

                    Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
Making False Statements in Connection
With Acquisition of Firearms
Counts 1-46

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNTS 1-46**

On or about the dates listed below, in the District of Arizona, ARITE ALEJANDRO SANDOVAL knowingly made false statements and representations in connection with the acquisition of firearms to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of firearms by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that ARITE ALEJANDRO SANDOVAL stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 4/20/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Taurus International PT111 G2 9mm pistol with serial number TKP22026 |
| 2 | 5/19/2023 | Turner's Outdoorsman, Tucson, AZ | One (1) Ruger Ruger-57 5.7x28 mm pistol with serial number 643-54022 |
| 3 | 5/24/2023 | Turner's Outdoorsman, Tucson, AZ | One (1) Hi-Point C9 9mm pistol with serial number P1943650 |
| 4 | 6/1/2023 | Turner's Outdoorsman, Tucson, AZ | One (1) Hi-Point JCP .40 caliber pistol with serial number X7300962 |
| 5 | 7/8/2023 | Turner's Outdoorsman, Tucson, AZ | One (1) Taurus International PT140 G2 .40 caliber pistol with serial number AED316837 |
| 6 | 8/1/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP .380 auto pistol with serial number AZ1-02921 |
| 7 | 8/3/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Taurus G3 9x19 caliber pistol with serial number ABH807847 |
| 8 | 8/4/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger P94 9x19 mm caliber pistol with serial number 30820693 |
| 9 | 8/8/2023 | Turner's Outdoorsman, Tucson, AZ | One (1) Taurus PT111 G2A G2C 9mm pistol with serial number AED 341564 |
| 10 | 8/11/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger Wrangler .22 LR caliber revolver with serial number 200-08238 |
| 11 | 8/30/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-2 9mm pistol with serial number C161878 |
| 12 | 9/1/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Davis Industries P-380 .380 caliber pistol with serial number AP421137 |
| 13 | 9/2/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP .380 auto pistol with serial number 372415472 |
| 14 | 9/2/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Sundance Industries BOA .25 ACP caliber pistol with serial number 040769 |
| 15 | 9/7/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP .380 ACP caliber pistol with serial number 372296348 |
| 16 | 11/5/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-2 9mm pistol with serial number 684767 |
| 17 | 12/1/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-2 9mm pistol with serial number 352169 |

*United States of America v. Arite Alejandro Sandoval*
*Indictment Page 2 of 6*

| | | | |
|---|---|---|---|
| 18 | 12/1/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Strassell's Mach Inc. CF380 .380 ACP caliber pistol with serial number P8172537 |
| 19 | 12/30/2023 | USA Pawn and Jewelry, Tucson, AZ | One (1) Jimenez Arms J.A. Nine 9mm pistol with serial number 300755 |
| 20 | 1/2/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Lorcin L380 .380 ACP caliber pistol with serial number 100257 |
| 21 | 1/10/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Smith & Wesson MP9Shield 9mm pistol with serial number HKA1032 |
| 22 | 2/1/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger Ruger-5.7 5.72x28mm caliber pistol with serial number 643-94227 |
| 23 | 2/12/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Jennings Firearms J-22 .22 long rifle caliber pistol with serial number 665185 |
| 24 | 2/17/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger Ruger-5.7 5.7x28 mm caliber pistol with serial number 643-94227 |
| 25 | 2/26/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Taurus PT111G2 9mm pistol with serial number TJN68933 |
| 26 | 2/29/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-2 9mm pistol with serial number C141694 |
| 27 | 2/29/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Heritage Roughrider .22 LR caliber revolver with serial number P01558 |
| 28 | 3/21/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Taurus G3C 9x19 caliber pistol with serial number ABK058305 |
| 29 | 4/2/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Bryco Arms Jennings Nine 9mm pistol with serial number 1454960 |
| 30 | 5/1/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-2 9mm pistol with serial number C188637 |
| 31 | 10/11/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Strassell's Mach Inc. C9 9mm luger caliber pistol with serial number P10136451 |
| 32 | 10/15/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Smith & Wesson MP40 .40 S&W caliber pistol with serial number NKH7378 |
| 33 | 11/22/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Tanfoglio Witness 9x19 mm caliber pistol with serial number EA82914 |
| 34 | 12/8/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Stoeger Industries STR-9SC 9x19 para caliber pistol with serial number T6429-22Y02588 |
| 35 | 12/9/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) SCCY Industries CPX-1 9mm pistol with serial number 220334 |
| 36 | 12/16/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP II .380 auto caliber pistol with serial number 380219469 |
| 37 | 12/23/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Smith & Wesson M&P 40 M2.0 .40 S&W caliber pistol with serial number NKH 7378 |

*United States of America v. Arite Alejandro Sandoval*
*Indictment Page 3 of 6*

| 38 | 12/23/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Taurus PT 24/7 Pro CDS 9mm pistol with serial number TCW23970 |
|---|---|---|---|
| 39 | 12/29/2024 | USA Pawn and Jewelry, Tucson, AZ | One (1) Jimenez Arms J.A. Nine 9mm para caliber pistol with serial number 412732 |
| 40 | 1/6/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP II .380 auto caliber pistol with serial number 380219469 |
| 41 | 2/26/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Astra/E.A.A. A-70 9mm para caliber pistol with serial number W2621 |
| 42 | 3/21/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Strassell's Mach Inc. C9 9mm caliber pistol with serial number P10195075 |
| 43 | 3/21/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Stoeger Industries STR-9 9x19 parabellum caliber pistol with serial number T6429-19U11870 |
| 44 | 3/21/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Ruger LCP II .380 auto caliber pistol with serial number 380219469 |
| 45 | 3/28/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Smith & Wesson SD9 VE 9mm pistol with serial number FCF9951 |
| 46 | 4/19/2025 | USA Pawn and Jewelry, Tucson, AZ | One (1) Tristar/Kral Cobra III 12-gauge shotgun with serial number KPA002111 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1-46 of the Indictment, ARITE ALEJANDRO SANDOVAL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Firearms | Serial Number |
|---|---|
| Taurus International PT111 G2 9mm pistol | TKP22026 |
| Ruger Ruger-57 5.7x28 mm pistol | 643-54022 |
| Hi-Point C9 9mm pistol | P1943650 |
| Hi-Point JCP .40 caliber pistol | X7300962 |
| Taurus International PT140 G2 .40 caliber pistol | AED316837 |
| Ruger LCP .380 auto pistol | AZ1-02921 |
| Taurus G3 9x19 caliber pistol | ABH807847 |
| Ruger P94 9x19 mm caliber pistol | 30820693 |
| Taurus PT111 G2A G2C 9mm pistol | AED 341564 |
| Ruger Wrangler .22 LR caliber revolver | 200-08238 |
| SCCY Industries CPX-2 9mm pistol | C161878 |

*United States of America v. Arite Alejandro Sandoval*
*Indictment Page 4 of 6*

| | |
|---|---|
| Davis Industries P-380 .380 caliber pistol | AP421137 |
| Ruger LCP .380 auto pistol | 372415472 |
| Sundance Industries BOA .25 ACP caliber pistol | 040769 |
| Ruger LCP .380 ACP caliber pistol | 372296348 |
| SCCY Industries CPX-2 9mm pistol | 684767 |
| SCCY Industries CPX-2 9mm pistol | 352169 |
| Strassell's Mach Inc. CF380 .380 ACP caliber pistol | P8172537 |
| Jimenez Arms J.A. Nine 9mm pistol | 300755 |
| Lorcin L380 .380 ACP caliber pistol | 100257 |
| Smith & Wesson MP9Shield 9mm pistol | HKA1032 |
| Ruger Ruger-5.7 5.72x28mm caliber pistol | 643-94227 |
| Jennings Firearms J-22 .22 long rifle caliber pistol | 665185 |
| Ruger Ruger-5.7 5.7x28 mm caliber pistol | 643-94227 |
| Taurus PT111G2 9mm pistol | TJN68933 |
| SCCY Industries CPX-2 9mm pistol | C141694 |
| Heritage Roughrider .22 LR caliber revolver | P01558 |
| Taurus G3C 9x19 caliber pistol | ABK058305 |
| Bryco Arms Jennings Nine 9mm pistol | 1454960 |
| SCCY Industries CPX-2 9mm pistol | C188637 |
| Strassell's Mach Inc. C9 9mm luger caliber pistol | P10136451 |
| Smith & Wesson MP40 .40 S&W caliber pistol | NKH7378 |
| Tanfoglio Witness 9x19 mm caliber pistol | EA82914 |
| One (1) Stoeger Industries STR-9SC 9x19 para caliber pistol | T6429-22Y02588 |
| One (1) SCCY Industries CPX-1 9mm pistol | 220334 |
| One (1) Ruger LCP II .380 auto caliber pistol | 380219469 |
| One (1) Smith & Wesson M&P 40 M2.0 .40 S&W caliber pistol | NKH 7378 |
| One (1) Taurus PT 24/7 Pro CDS 9mm pistol | TCW23970 |
| One (1) Jimenez Arms J.A. Nine 9mm para caliber pistol | 412732 |
| One (1) Ruger LCP II .380 auto caliber pistol | 380219469 |
| One (1) Astra/E.A.A. A-70 9mm para caliber pistol | W2621 |
| One (1) Strassell's Mach Inc. C9 9mm caliber pistol | P10195075 |
| One (1) Stoeger Industries STR-9 9x19 parabellum caliber pistol | T6429-19U11870 |
| One (1) Ruger LCP II .380 auto caliber pistol | 380219469 |
| One (1) Smith & Wesson SD9 VE 9mm pistol | FCF9951 |
| One (1) Tristar/Kral Cobra III 12-gauge shotgun | KPA002111 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred

or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: September 24, 2025

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Arite Alejandro Sandoval*
*Indictment Page 6 of 6*